IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 SEP 14 AM 10: 06

CLERK-ALBUQUERQUE

THE AMERICAN CIVIL LIBERTIES
UNION OF NEW MEXICO; THE
LEAGUE OF WOMEN VOTERS OF ALBUQUERQUE/
BERNALILLO COUNTY, INC.; SAGE COUNCIL;
NEW MEXICO COALITION TO END HOMELESSNESS;
ANNE KASS, ALEXANDRA KAZARAS
and BARBARA GROTHUS,

        Plaintiffs,

v.

No. CV 05-1136 MCA/WDS

MILLIE U. SANTILLANES, ALBUQUERQUE
CITY CLERK,

        Defendant.

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW Plaintiffs, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56 hereby move this Court for summary judgment in their favor. Plaintiffs have voluntarily dismissed II, III, IV, and V, and hereby move for summary judgment on the remaining counts, to wit, Count I, a claim of violation of the Equal Protection Clause of the United States Constitution, and Count VI, a claim of violation of the First Amendment to the United States Constitituion.

The Plaintiffs remaining in this case are The League of Women Voters of Albuquerque/Bernalillo County, SAGE Council, Anne Kass, Alexandra Kazaras, and Barbara Grothus.

Pursuant to D.N.M.L.R. 56.1, Plaintiffs incorporate herein by reference the statement of material facts set forth in the Memorandum in Support of Plaintiffs' Motion



1

for Summary Judgment filed concurrently herewith. As demonstrated in that Memorandum, there are no material facts in dispute and Plaintiffs are entitled to judgment as a matter of law.

WHEREFORE, Plaintiffs move for entry of summary judgment in their favor on Counts I and VI of the Second Amended Complaint for Declaratory and Injunctive Relief, and for such other and further relief to which they are entitled.

Respectfully submitted,

JAMES R. SCARANTINO
1410 Coal SW #110
Albuquerque, NM 87104
505-242-6724
F: 505-266-5916
jrscarantino@yahoo.com

JOSEPH P. KENNEDY
SHANNON L. OLIVER
KENNEDY & OLIVER, P.A
1000 Second St. NW
Albuquerque, NM 87104-1138
505-244-1400
F: 505-244-1406
kolawjpk@qwest.net
Cooperating Attorneys for the NM
Civil Liberties Foundation

GEORGE BACH
Staff Attorney
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103-5916
505-243-0046
F: 505-266-5916
gbach@ACLU-NM.org

SCOTT CAMERON
P.O. Box 37351
Albuquerque, NM 87176

505-331-0252
F: 505-266-5916
pclescott@juno.com
Cooperating Attorney for the NM
Civil Liberties Foundation

COUNSEL FOR PLAINTIFFS

I hereby certify that I served a true and correct
Copy of the foregoing by hand delivery upon Asst.
City Attorneys Paula Forney and Mark
Shoesmith, counsel for Defendant, P.O. Box
2248, Albuquerque, NM 87102, this
14th day of September, 2006.

_____