IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**THE AMERICAN CIVIL LIBERTIES UNION OF NEW MEXICO; THE LEAGUE OF WOMEN VOTERS OF ALBUQUERQUE/BERNALILLO COUNTY, INC.; SAGE COUNCIL; NEW MEXICO COALITION TO END HOMELESSNESS; ANNE KASS; ALEXANDRA KAZARAS**, and **BARBARA GROTHUS**,

      Plaintiffs,

  vs.                                  No. CIV 05-1136 MCA/WDS

**MILLIE U. SANTILLANES**,
**ALBUQUERQUE CITY CLERK**,

      Defendant.

**ORDER ON REMAND**

    Pursuant to <u>Crawford v. Marion County Election Bd.</u>, 128 S. Ct. 1610 (2008), and the mandate issued by the United States Court of Appeals for the Tenth Circuit on December 9, 2008 [Doc. 105], the declaratory and injunctive relief set forth in this Court's *Memorandum Opinion and Order* [Doc. 88] filed on February 12, 2007, is hereby **VACATED**, and this action is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED** this 10th day of December, 2008, in Albuquerque, New Mexico.

_____
**M. CHRISTINA ARMIJO**
United States District Judge
